

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-15-00547-CR

Mark John **MCGEE**,

Appellant

v.

The **STATE** of Texas,

Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0058
Honorable Raymond Angelini, Judge Presiding

## O R D E R

The motion to withdraw is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court